JS-6

1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-**9147** |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Allison Gillespie, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Allison Gillespie, in the principal amount of $3,594.49 plus interest accrued to August 28, 2012, in the sum of $6,654.14; with interest accruing thereafter at 8% annually until entry of judgment, late fees in the amount of $5.00, for a total amount of $**9,253.63**.

DATED: 11/6/2012          By: TERRY NAFISI
                              Clerk of the Court

                              _____
                              Deputy Clerk
                              United States District Court

Page 5